# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    CASE NO. 4:14CR00248-22 BSM

MARC PHILLIP MASSA                                                                         DEFENDANT

## ORDER

The government's motion to dismiss the indictment and superseding indictment against Marc Phillip Massa without prejudice [Doc. No. 515] is granted and the indictment [Doc. No. 3] and superseding indictment [Doc. No. 170] are dismissed without prejudice. *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 1st day of September 2016.

_____
UNITED STATES DISTRICT JUDGE